IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEVEN MAXWELL SAMUEL                                          PLAINTIFF

    v.                    No. 04-6140

DUANE BAUCUM, Corporal, et al.                                 DEFENDANTS

**ORDER**

Now on this 14th day of September 2006, comes on for consideration the report and recommendation filed herein on August 28, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 33.) Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the defendants' **Motions for Summary Judgment (Docs. 26, 29)** are **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE